Eric C. Rassbach – No. 288041
erassbach@becketlaw.org
Mark L. Rienzi – *pro hac vice*
Lori H. Windham – *pro hac vice*
Chris Pagliarella – *pro hac vice*
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Facsimile: (202) 955-0090

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| OBRIA GROUP, INC., a California non-profit corporation; and OBRIA MEDICAL CLINICS OF SOUTHERN CALIFORNIA, a California non-profit corporation,<br><br>    *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR, in his official capacity as Secretary of the U.S. Department of Health and Human Services; and ROGER SEVERINO, in his official capacity as Director of the Office for Civil Rights of the U.S. Department of Health and Human Services;<br><br>    *Defendants*. | **No. 8:19-cv-905**<br><br>**NOTICE OF RULE 41(a)(1)(A) VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), both Plaintiffs, Obria Group and Obria Medical Clinics of Southern California, notify this Court that they hereby voluntarily dismiss this lawsuit without prejudice.

Dated: June 13, 2019                    Respectfully submitted,


/s/ Eric C. Rassbach
Eric C. Rassbach – No. 288041
erassbach@becketlaw.org
Mark L. Rienzi – *pro hac vice*
Lori H. Windham – *pro hac vice*
Chris Pagliarella – *pro hac vice*

The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW
Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Facsimile: (202) 955-0090


*Counsel for Plaintiffs*

# PROOF OF SERVICE

On June 13, 2019, I served the foregoing document described as:

1. Notice of Rule 41(A)(1)(A) Voluntary Dismissal Without Prejudice

on the following persons and entities at the addresses below:

William Barr
US Attorney General
950 Pennsylvania Ave. NW
Washington, D.C. 20530

US Department of Health and Human Services
200 Independence Ave. SW
Washington, D.C. 20201

Alex M. Azar
Secretary of the Department of Health and Human Services
200 Independence Ave. SW
Washington, D.C. 20201

Roger Severino
Director, Office for Civil Rights
US Department of Health and Human Services
200 Independence Ave. SW
Washington, D.C. 20201

Nicola T. Hanna
United States Attorney's Office
Central District of California
300 North Los Angeles Street Suite 7516
Los Angeles, California 90012

BY MAIL: by placing true and correct copies in envelopes addressed to the above parties and sending them via United States Mail that same day.

<u>/s/ Eric C. Rassbach</u>
Eric C. Rassbach